TRULINCS 67206054 - LEWIS, REGINA - Unit: CRW-E-I

FROM: 67206054
TO: Lewis, Maraya
SUBJECT: Law Suit
DATE: 06/14/2014 03:20:39 PM

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 17 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
------------------------------------------------
REGINA LEWIS,

    Plaintiff,

-v-

OFFICER HEMLINE,
BOP CARSWELL FMC,

    Defendant's,

COMPLAINT


4-14CV-456-Y

  On June 12, 2014 at or around 9:20pm Officer Hemline abused her authority and position of trust when she failed to exercise care, custody and control. Officer Hemline threatened me in front of the entire unit and her co-workers along with inmate Hill. According to witnesses officer Hemline stood behind inmate Hill for several minutes out of my view as inmate Hill stood in my doorway threatening that if I did not buy her corn chips from the commissary for her stamp that she was going to hurt me.

  I agreed to buy inmate Hill something close to the value of the stamp such as a pack of donuts for 65 cents. Officer Hemline provoked inmate Hill by telling her not to accept the stamp because it was used when it wasn't and by telling me in front of inmate Hill that either I was going to buy inmate Hill the corn chips for $2.35 for her stamp or she was going to allow inmate Hill to handle it her way, that I took as a threat of serious physical injury. Officer Hemline began yelling at me then accused me of taking an advantage of inmate Hill and the other prisoners. According to staff inmate Hill has seriously injured other prisoner's at Carswell who were here for psychiatric study's that have gone unreported.

  Officer Hemline also told me that she's been watching me with my wheeling and dealing. When I asked officer Hemline whom I have taken an advantage of and what wheeling and dealing she pointed at my room mate Verna Session. Officer Hemline said "you are telling her that she is going home when you know damn well that she isn't". When I asked officer Hemline to call a Lieutenant she said that she wasn't calling no damn Lt. and if she did that I was going to M3/SHU. Officer Hemline said that I was disturbing the unit and that she was placing me on total unit restriction (TUR) which prohibits me from leaving the locked unit to go to the dinning room, law library, recreation and the mail room. As I waited for the outcome I heard nurse Janes say to the other nurses "well she won't be going to M3/SHU because they have a full house". referring to me. Two weeks ago officer Hemline stood over me as I watched television to intimidate me and made me give my chair to another prisoner.

  Last night officer Hemline also stood in the TV room out of the camera's view across from my room and stared at me. Officer Hemline antagonizes me, harasses me and calls me out of my name. On Friday June 13, 2014 I did not receive my commissary because I was told by commissary that they did not receive my commissary sheet. Officer Hudson was responsible for turning in the commissary sheets on Friday June 13, 2014 between 5:30am till 6:00am. I have also filed a sexual harassment lawsuit against Officer Hudson that is pending in the court. It is on camera when I gave officer Hemline my commissary sheet around 9:00pm on Thursday June 12, 2014. Officer Hemline told me that I either come from the ghetto or the projects. Officer Hemline is terrorizing me and singling me out and nothing is being done about it. I am fearful of M3/SHU and I suffer with high blood pressure. The relief I seek is for officer Hemline to stop harassing and terrorizing me and to be compensated with $350,000 (THREE HUNDRED FIFTY THOUSAND DOLLARS). In punitive damages.

*Regina Lewis*
Regina Lewis 67206-054
BOP Carswell
P O Box 27137
Fort Worth, TX 76127



NORTH TEXAS TX PADC
DALLAS TX 750
16 JUN 2014 PM 6 L

6-16-14

Name Reggie Lewis
Reg. No. 67206-054
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

⇔ 67206-054 ⇔
United States District Ct
501 W 10TH ST
FORT Worth, TX 76102
United States

CLERK OF COURT
2014 JUN 17  AM 11:25
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED